

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00254-CV

## IN THE INTEREST OF H.L.H. AND A.H., CHILDREN

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D201500336**

## O R D E R

C.M.W. and M.K.H. each filed a first amended notice of appeal challenging the

trial court's July 27, 2016 "Final Order of Termination" in trial court cause number DC-

D201500336.[1]  Kimberly Gore also filed her notice of appeal challenging the trial court's

July 5, 2016 order denying her original verified petition in intervention in trial court cause

number DC-D201500336.  The notices of appeal were assigned a single appellate cause

---

[1] C.M.W.'s and M.K.H.'s original notices of appeal challenged an order that was indisputably interlocutory; therefore, their appeal was dismissed for want of jurisdiction. *In re H.L.H.*, No. 10-16-00111-CV, 2016 WL 3224798, at *1 (Tex. App.—Waco Jun. 9, 2016, no pet.) (mem. op.).

number—10-16-00254-CV.  *See* TEX. R. APP. P. 12.2(c) ("All notices of appeal filed in the same case must be given the same docket number.").

On September 13, 2016, this Court received the appellant's briefs for C.M.W. and M.K.H.  However, no brief has been filed for Gore.  Accordingly, in a letter dated September 22, 2016, the Clerk of this Court notified Gore that, under Texas Rules of Appellate Procedure 38.8(a)(1) and 42.3, the Court may dismiss her appeal for want of prosecution unless, within twenty-one days of the date of the letter, she filed with the Court a response showing grounds for continuing the appeal.  *See id.* at R. 38.8(a)(1), 42.3(b).

More than twenty-one days have passed, and we have received no response from Gore.  Accordingly, we dismiss Gore's appeal for want of prosecution.[2]  *See id.* at R. 42.3(b).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed November 16, 2016
Do not publish
[CV06]



---

[2] C.M.W.'s and M.K.H.'s appeals remain pending.